# BALLON STOLL BADER & NADLER, P.C.

COUNSELLORS AT LAW      FOUNDED 1931

729 SEVENTH AVENUE
17TH FLOOR
NEW YORK, NY 10019-6831
Ph. 212.575.7900
www.ballonstoll.com

DANIELLE K. CONN ROSENBERG
(212) 575-7900 ext. 3319
drosenberg@ballonstoll.com

12 November 2019

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**     **Epifanio et al v. Delancey's Ludlow LLC. et al.**
              **Case 1:19-cv-07593 (JMF) (JLC)**
              **Our File No. 17709.009**

Dear Judge Furman:

We represent the defendants, Delancey's Ludlow LLC in the above-referenced action. We write jointly with the consent of plaintiff's counsel to respectfully request an adjournment of the Initial Conference current scheduled before Your Honor on November 26, 2019. This request is made as the parties are endeavoring to schedule a settlement conference prior to the Initial Conference. This is the first request for an adjournment of the Initial Conference.

Respectfully submitted,

_s/Danielle Conn Rosenberg_
DANIELLE K. CONN ROSENBERG (DR 0625)
*Counsel for Defendants*

CC:     Yolanda Rivero, Esq.. (via ECF)
         *Counsel for Plaintiff*

Application DENIED. The parties are encouraged to schedule a settlement conference as soon as practicable. But the initial conference remains scheduled for November 26, 2019.

SO ORDERED.

/s/ Jesse M. Furman

November 13, 2019

AFFILIATE OFFICES
Hackensack, NJ · Silicon Valley
Paris · Madrid · Stockholm
Beijing · Shanghai · Shenzhen · Chengdu · Hong Kong