# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                    Telephone: (212) 317-1200
New York, New York 10165                            Facsimile: (212) 317-1620

September 14, 2020

**VIA ECF**
Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **Epifanio et al v. Delancey's Ludlow LLC. et al.
            Case 1:19-cv-07593 (JMF) (JLC)**

Your Honor:

      This office represents Plaintiff Salvador Martinez Epifanio ("Plaintiff") in the above-referenced matter. I write to apprise the Court that the scheduling conflict mentioned in my letter motion earlier today (ECF Doc. No. 65) has been obviated by virtue of the adjournment of the conference in a different matter which presented the conflict. Accordingly, I am available for a conference at the scheduled time of 2:15 PM tomorrow. Defense counsel has communicated to me that they will likewise be available at that time.

      I thank the Court for its attention to this matter.

      Respectfully submitted,

/s/ Jordan Gottheim
Jordan Gottheim, Esq.
*Attorney for Plaintiff*

Cc: Defendants' Counsel (via ECF)

In light of this letter, Plaintiff's letter motion to adjourn the conference is DENIED as moot.  Tomorrow's conference will proceed as scheduled at 2:15 p.m.  The parties are reminded to email the Court the names and phone numbers of counsel who will appear and speak during the conference.  The Clerk of Court is directed to terminate ECF No. 65.  SO ORDERED.

September 14, 2020