UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                   :

SALVADOR MARTINEZ EPIFANIO,        :

                        Plaintiff,             :           19-CV-7593 (JMF)

              -v-                        :           <u>ORDER</u>

DELANCEY'S LUDLOW LLC et al.,         :

                    Defendants.        :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The parties have filed a proposed joint pretrial order and related submissions. The Court cannot help but note that both parties submitted some — and in Defendants' case, all — materials after the deadline of December 16, 2020. *See* ECF No. 74. That is not acceptable. The Court grants a one-time, one-day *nunc pro tunc* extension but cautions that future failure to comply with a Court-ordered deadline may result in the filing being disregarded.

       Further, the parties have not complied with the Court's Individual Rules and Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-jesse-m-furman, in other respects. Defendants did not file their proposed findings of fact and conclusions of law on ECF, and neither party has sent its proposed findings of fact and conclusions of law to Chambers as a Microsoft Word document. The parties shall promptly comply with these requirements.

       The Court will hold a pretrial conference by telephone on **December 22, 2020** at **3:30 p.m.** to discuss whether trial should be held in person or remotely and to discuss a trial date. To access the conference, counsel should call 888-363-4749 and use access code 5421540#. Members of the press and public may call the same number, but will not be permitted to speak during the conference. The parties are reminded to follow the procedures for teleconferences described in the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman. Among other things, those procedures require counsel to provide advance notice of who will participate in the conference and the telephone numbers they will use to participate.

       SO ORDERED.

Dated: December 18, 2020
       New York, New York                  _____
                                                                 JESSE M. FURMAN
                                                             United States District Judge