UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SALVADOR MARTINEZ EPIFANIO, :
:
                Plaintiff, :        19-CV-7593 (JMF) (JLC)
:
     -v- :        <u>ORDER</u>
:
DELANCEY'S LUDLOW LLC et al., :
:
                Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed during the teleconference held earlier today:

- The parties' deadline to file any reply memorandum of law to the other side's Proposed Findings of Fact and Conclusions of Law is EXTENDED to **January 7, 2021**.

- The parties need not file letters regarding their intent to cross-examine the opposing side's witness given their confirmation during the conference that they do.

- The parties shall contact Judge Cott's Chambers no later than **December 23, 2020**, to schedule a settlement conference. The court will re-refer the case to Judge Cott by separate Order entered today.

- The Court will issue an Order in mid- to late January with guidance on the trial date based on COVID-19 conditions.

       SO ORDERED.

Dated: December 22, 2020
       New York, New York                         JESSE M. FURMAN
                                                        United States District Judge