UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

SALVADOR MARTINEZ EPIFANIO,
*individually and on behalf of others similarly situated,*

                   Plaintiff,

-against-

DELANCEY'S LUDLOW LLC (D/B/A GREEN STAR FOODS), KIRAN K LAL, RAJESH SHAH, PRATIK SHAH, MANAN SHAH, MANGESH SHAH and PABLO DOE,

                   Defendants.
---------------------------------------------------------X

1:19-cv-07593

**(PROPOSED) JUDGMENT**

WHEREAS on or about March 8, 2021, Defendants DELANCEY'S LUDLOW LLC (D/B/A GREEN STAR FOODS), KIRAN K LAL, RAJESH SHAH, PRATIK SHAH, MANAN SHAH, and MANGESH SHAH extended to Plaintiff SALVADOR MARTINEZ EPIFANIO an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00), and whereas said Plaintiff accepted said offer on or about March, 8, 2021,

JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00).

Dated: New York, New York

_____March 9_____ , 2021

_____
JUDGE JESSE M. FURMAN, U.S.D.J.

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.